[Nos. 23768-7-II; 24268-1-II.   Division Two.   May 19, 2000.]

THOMAS A. NOWAK, ET AL., *Respondents*, v. CYRUS
HEFFERNAN, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 96-2-00508-7, Terence Hanley, J. Pro Tem., entered August 27 and December 21, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld, J., and Van Deren, J. Pro Tem.

[No. 23837-3-II.   Division Two.   May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN PATRICK
BRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00303-1, Roger A. Bennett, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 24217-6-II.   Division Two.   May 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL B.
PONISCHIL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00297-5, David E. Foscue, J., entered December 7, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 24270-2-II.   Division Two.   May 19, 2000.]

MICHAEL A. MONTGOMERY, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-8-02428-1, Arthur W. Verharen, J., entered October 29, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Hunt, JJ.